# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JOHN K. STEELE, | : | Case No. 1:19-cv-705 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 15) AND ADOPTING REPORT AND RECOMMENDATION (DOC. 12)

This action is before the Court on Plaintiff's Objections (Doc. 15) to Magistrate Judge Litkovitz's Report and Recommendation (Doc. 12). Plaintiff originally filed this action in the Hamilton County, Ohio Court of Common Pleas on July 25, 2019. (Doc 1-3; *see also* Doc 4.) The United States removed the action to this Court pursuant to 28 U.S.C. § 1442. (Doc. 1.) Plaintiff then moved to remand the matter back to state court. (Doc. 5.) The United States opposed the plaintiff's motion to remand. (Doc. 6.) On December 10, 2019, Magistrate Judge Litkovitz issued a Report and Recommendation (Doc. 12). The Magistrate Judge recommended that the Motion to Remand be denied because the United States followed the proper procedures for removal set forth in 28 U.S.C. § 1446, and this Court has subject matter jurisdiction over the complaint. (Doc. 12.) The Plaintiff objected (Doc. 15), and this matter is now ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 15) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 12) in its entirety and Plaintiff's Motion to Remand (Doc. 5) is hereby **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND