IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| JOHN K. STEELE, | : | Case No. 1:19-cv-705 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 20) AND ADOPTING REPORT AND RECOMMENDATION (DOC. 19)

This action is before the Court on Plaintiff's Objections (Doc. 20) to Magistrate Judge Litkovitz's Report and Recommendation (Doc. 19). The Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 8) should be granted pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6). Plaintiff filed an Objection to the Magistrate's Report and Recommendation (Doc. 20), to which the Government filed a Response (Doc. 21), making this matter now ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 20) are not well-taken and are accordingly **OVERRULED**. The Court hereby **ADOPTS** the Report and Recommendation (Doc. 19) in its entirety. Defendants' Motion to Dismiss (Doc. 8) is therefore **GRANTED**. Accordingly, Plaintiff's Motion for Hearing (Doc. 16) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
      JUDGE MATTHEW W. McFARLAND